UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1: 19-cr-10459-RWZ-37 |
| | ) | |
| LUIS MENDEZ | ) | |

### DEFENDANT'S OBJECTION TO EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The Court held a status conference regarding the above-referenced matter on April 7, 2020, ultimately scheduling a further status conference on June 9, 2020. During the April 7, 2020 conference, the Court inquired whether any defendant objected to the exclusion of time under the Speedy Trial Act. Undersigned counsel objected and requested leave to submit a written objection, which the Court granted.

The Defendant, Luis Mendez, made his initial appearance before the Court on January 31, 2020 and was ordered detained. [D.E. 423]. An initial status conference was conducted on February 3, 2020, at which time the Court scheduled a further status conference for April 7, 2020. [D.E. 449]. The Defendant did not raise an objection at that time, as it was anticipated that discovery would be forthcoming and time would be needed to review it. However, between February 3, 2020 and April 7, 2020, no discovery was produced.[1]

---

[1] The Defendant acknowledges that delay in the production of discovery arose when the parties could not reach agreement on a protective order.

The Defendant, who remains detained, is dissatisfied with the pace at which the case is proceeding. He therefore objects to the exclusion of time under the Speedy Trial Act for the period between April 8, 2020 and June 9, 2020 in order to safeguard his Sixth Amendment right to a speedy trial.

Respectfully submitted,

*/s/ Scott Lauer*
Scott Lauer
B.B.O.# 667807
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 9, 2020.

*/s/ Scott Lauer*
Scott Lauer