UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 19-cr-10459-RWZ-37 |
| | ) | |
| LUIS MENDEZ | ) | |

**DEFENDANT'S MOTION FOR RULING AS TO DETENTION**

The Defendant, Luis Mendez, moves that the Court issue a ruling on the issue of his detention. On May 20, 2020, the Court held a detention hearing. At the conclusion of the hearing, the Court indicated that it would review the Defendant's medical records and issue an electronic order. D.E. #919. As of the filing of this motion, however, no order has issued.

If it is the Court's intention to detain the defendant, the Defendant may seek review of any detention order pursuant to 18 U.S.C. §3145(b), providing for review of a detention order by the District Court. The absence of a formal order of detention frustrates the Defendant's ability to avail himself of that relief. Wherefore, the defendant requests that the Court issue a timely order on the issue of his detention.

Respectfully submitted,
*/s/ Scott Lauer*
Scott Lauer,
   B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
617-223-8061 (phone)
617-223-8080 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 1, 2020.

                                            */s/ Scott Lauer*
                                            Scott Lauer