UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-CV-10459-RWZ

UNITED STATES

v.

LUIS MENDEZ

ORDER

August 4, 2020

ZOBEL, S.D.J.

With the assent of all but two of the defendants in this case, the government
moved to exclude from all Speedy Trial Act calculations the time between 1) April 7 and
June 9, 2020, Docket # 970, 2) June 9 and July 27, 2020, Docket # 994, and 3) July 22
and September 23, 2020, Docket # 1143.  Luis Mendez objected to the first motion
orally at a status conference on April 7, 2020, Docket # 701, and then via written
motion, Docket # 708.  Mr. Mendez did not assent to the second and third motions, but
he did not file any further objections.  The Magistrate Judge has already allowed the first
and second motions with respect to all defendants except Mr. Mendez and one other
defendant.  Dockets ## 1092, 1094.  The third motion awaits her decision.

The defendant's objections to all three motions are overruled.[1]  This case is
complex.  The co-defendants, with whom defendant is presumptively joined, see United
States v. DeLeon, 187 F.3d 60, 63 (1st Cir. 1999), agree to this exclusion.  There

---

[1] I assume Mr. Mendez's initial written objection is extended to the other two motions, as he did not
assent to either of them.

have been understandable delays in pretrial discovery.[2]  And the pandemic currently

prevents the court from holding jury trials.  In the interest of justice, see 18 U.S.C. §

3161(h)(7), defendant's objections are overruled.  The Magistrate Judge's rulings on the

government's motions regarding the periods from April 7 to June 9 and June 9 to July

27, Dockets ## 1092 and 1094, apply now to Mr. Mendez as to the other defendants.


_____ August 4, 2020 __                    _____ /s/ Rya W. Zobel _____
DATE                                            RYA W. ZOBEL
                                          UNITED STATES DISTRICT JUDGE

---

[2] Defendant acknowledges that discovery delays arose when the parties could not reach agreement on a protective order.