UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1: 19-cr-10459-RWZ-37 |
| | ) | |
| LUIS MENDEZ | ) | |

### NOTICE OF DEFENDANT'S CONSENT TO A JURY-WAIVED TRIAL

On August 4, 2020, the Court conducted a hearing on the *Defendant's Motion for Review of Detention Order* [Dkt #987].  At that time, the Court also addressed the Defendant's objections to exclusions of time under the Speedy Trial Act, raising the possibility of proceeding via bench trial.  The Defendant is amenable to waiving his right to a jury trial and proceeding via bench trial.  However, counsel for the government has advised that the government does not consent to a bench trial.  As Federal Rule of Criminal Procedure 23(a) requires the consent of the government in proceeding via a bench trial, it does not appear that a bench trial will be possible.

The Defendant maintains that the delay in bringing him to trial is unwarranted under the Speedy Trial Act and violates his Sixth Amendment right to a speedy trial.

Respectfully submitted,

*/s/ Scott Lauer*
Scott Lauer
B.B.O.# 667807
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

2

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 5, 2020.

*/s/ Scott Lauer*
Scott Lauer